UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Janet Price | § | |
| | § | |
| v. | § | Case No. 1:25-CV-01049-ADA |
| | § | |
| State Farm Lloyds | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell. Dkt. 15. Judge Howell issued his report and recommendation on September 16, 2025. As of the date of this order, neither party has objected to the report and recommendation. When no objections are filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having found no clear error, the Court adopts the report and recommendation as its own. Plaintiff's unopposed motion for leave to file a first amended complaint, Dkt. 9, is **GRANTED**. Defendant's motion to dismiss, Dkt. 5, is **GRANTED** as to Plaintiff's section 541.060(a)(1) claim and **DENIED** as to Plaintiff's remaining section 541.060(a), breach-of-contract, and PPCA claims. Plaintiff's section 541.060(a)(1) claim is **DISMISSED** with prejudice. Finally, Plaintiff is **ORDERED** to file an amended complaint in accordance with Judge Howell's report and recommendation within 10 days of this order.

**SIGNED** on October 6, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE